**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: <br> **ESTER B. MEJIA** <br> **MANUEL S. MEJIA** <br>    **Debtors** <br><br><br><br> **WELLS FARGO BANK, NA AS SERVICER** <br> **FOR GE HE SECURITY 1997-HE3** <br>    **Movant** <br><br> v. <br><br> **ESTER B. MEJIA** <br> **MANUEL S. MEJIA** <br>    **Respondents** | **Case No.: 06-14363-RAG** <br><br> **Chapter 13** |

****************

AFFIDAVIT OF DEFAULT ON CONSENT ORDER
AS TO PROPERTY KNOWN AS 324 BRYANSTONE ROAD, REISTERSTOWN, MD

I AFFIRM that to the best of my knowledge, information and belief that on September 3, 2009 a Notice of Default was mailed to the parties listed in the Certificate of Service below notifying them that as of that date $11,469.46 should have been received under the agreed order, but that only $6,960.13 had been received, leaving a balance due of $4,509.33.  The debtors have failed to cure the default within ten (10) days of the date of the notice as required by the Consent Order entered on January 12, 2009.  No further right to cure shall exist once this Affidavit of Default is filed.

/s/ Mark S. Devan
MARK S. DEVAN
COVAHEY, BOOZER, DEVAN & DORE, P.A.
606 Baltimore Avenue, #302
Towson, MD 21204
 (410) 828-5525

I HEREBY CERTIFY that on this 25th day of September, 2009, a copy of the foregoing Affidavit of Default has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

Jeffrey Sirody, Esquire
1777 Reisterstown Road
Suite 360E
Baltimore, MD  21208
Smeyers5@hotmail.com

Gerard R. Vetter, Trustee
100 S. Charles Street, Suite 501
Tower II
Baltimore, MD 21201-2721
courtfiles@grvch13.com

Ester Mejia
324 Bryanstone Road
Reisterstown, MD  21136

Manuel Mejia
324 Bryanstone Road
Reisterstown, MD  21136

/s/ Mark S. Devan
Mark S. Devan