

BRICE, VANDER
LINDEN & WERNICK, P.C.

9441 LBJ Freeway, Suite 250  ♦  Dallas, Texas  75243  ♦  (972) 643-6600  ♦  (972) 643-6698 (Fax)

September 3, 2009

Jeffrey M Sirody
Attorney at Law
1777 Reisterstown Rd Ste 360 E
Baltimore, Maryland 21208

SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# 7007 1490 0000 2310 1973

RE:    Creditor:      Wells Fargo Bank, N. A. successor by merger to
                      Wells Fargo Home Mortgage, Inc. fka Norwest
                      Mortgage, Inc.
       Debtors:       Manuel S Mejia
                      Ester S Mejia
       Case No.:      06-14363-RAG
       Loan No.:      xxxxxx4936
       Alt. Ref. No.  21894936
       Our File No.:  7800-N-5594
       Collateral:    324 Bryanstone Rd
                      Reisterstow, Maryland 21136

## NOTICE OF DEFAULT

We are the authorized agent for the above-referenced secured creditor in this proceeding.

An Order was entered in the above-referenced bankruptcy proceeding. According to our client's records, non-compliance with the requirements of the Order has now occurred. Pursuant to the terms of that Order, we are providing our client's Notice of Default to you.

To cure the default, $4,509.33 must be <u>received</u> in our office in the form of a cashier's check or money order made payable to Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc. no later than 5:00 p.m. on **September 14, 2009**. An additional three (3) days will be allowed for mailing time. The amount to be paid represents the following delinquent payments:

| | |
|---|---|
| Total Due Per Agreed Order through September 3, 2009 | $11,469.46 |
| Total Received From Debtor through September 3, 2009 | $6,960.13 |
| Total Past Due through September 3, 2009 | $4,509.33 |

Reminder: The September, 2009, regular payment of $991.52 is due on or before September 15, 2009, or will be past due.

If you possess evidence which demonstrates that our client has <u>received</u> the delinquent payments noted above, please contact your attorney.

Our office address is: 9441 LBJ Freeway, Suite 350, Dallas, Texas 75243.

REAL PROPERTY NOTICE OF DEFAULT LETTER                                                                                                          1

In the event the default is not cured within the time frame provided above, with an additional three (3) days allowed for mailing time, we shall complete any remaining pre-conditions that may exist to obtain relief from the automatic stay, and thereafter our client shall consider the stay terminated and shall be free to pursue its contractual and statutory rights, including, but not limited to the initiation of foreclosure proceedings of the above-referenced collateral.

This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

Very truly yours,

_____
Joe M. Lozano, Jr.
Cristina Platon Camarata
Cynthia Brown
Adam R. Moore
Keith Pearson
Michael J. Burns
Jennifer H. Brown

cc:   Trustee
      Gerard R. Vetter
      100 S. Charles Street, Suite 501 Tower II
      Baltimore, Maryland 21201-2721

      Debtors
      Manuel S Mejia
      Ester S Mejia
      Po Box 764
      Reisterstown, Maryland 21136
      SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# 7007 1490 0000 2310 1980

      Mark S. Devan
      Covahey, Boozer, Devan & Dore, P.A.
      606 Baltimore Avenue, Suite 302
      Towson, Maryland 21204

7800-N-5594

REAL PROPERTY NOTICE OF DEFAULT LETTER

2

| BVW FILE # | 7800-n-5594 | | | | | |
|---|---|---|---|---|---|---|
| AGREED ORDER TERMS: | TOTAL DUE UNDER AO TO DATE | $ 11,469.46 | TOTAL RECEIVED | $ 6,960.13 | BALANCE DUE | $ 4,509.33 | Admin: sh4 |

| | | Post Petition start date per AO: | 1/11/2009 | SMO start / end dates: | 1/25/2009 | 6/25/2009 |
|---|---|---|---|---|---|---|
| | | # MO PMTS | TTL DUE | # MO PMTS | $$ | # MO PMTS | $$ |
| WHAT DEBTOR SHOULD HAVE PAID AS OF TODAY | REG PMTS | 2 | $ 7,892.70 | 6 | $ 971.79 | | $ 991.52 |
| | LUMP SUM PMT | | $ - | | | | |
| | STIP PMTS | 5 | $ 3,302.21 | 1 | $ 550.37 | | $ 550.36 |
| | LC DUE | 5 | $ 199.55 | | $ 39.91 | | |
| | ATTY DUE | | $ 75.00 | | | | |
| | MISC DUE | | $ | | | | |
| | TOTAL DUE | | $ 11,469.46 | | | | |

| DATE | AO/SMO FUNDS RECEIVED | | DATE | AO/SMO FUNDS RECEIVED | | DATE | FUNDS RECEIVED | | DATE | FUNDS RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/15/2009 | $ | 982.15 | | | | | | | | |
| 2/3/2009 | $ | 550.37 | | | | | | | | |
| 2/23/2009 | $ | 971.79 | | | | | | | | |
| 3/2/2009 | $ | 500.00 | | | | | | | | |
| 7/2/2009 | $ | 982.15 | | | | | | | | |
| 7/9/2009 | $ | 500.00 | | | | | | | | |
| 8/3/2009 | $ | 1,482.15 | | | | | | | | |
| 8/20/2009 | $ | 991.52 | | | | | | | | |
| TOTAL | $ | 6,960.13 | TOTAL | $ | - | TOTAL | $ | - | TOTAL | $ | - |